# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL DOCKET NO.: 3:09CV465

| | |
|---|---|
| STANLEY MARVIN CAMPBELL, Trustee in Bankruptcy for ESA ENVIRONMENTAL SPECIALISTS, INC.,     Plaintiff, <br><br> v. <br><br> NATHAN M. BENDER,     Defendant, <br><br> v. <br><br> PROSPECT CAPITAL CORPORATION and STANLEY MARVIN CAMPBELL,     Counterclaim Defendants. | **O R D E R** |

**THIS CAUSE** having come before the Court upon motion of local counsel for Defendant Nathan M. Bender, for admission *pro hac vice* of Robert Mercer and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Mercer satisfies the requisite *pro hac vice* admission criteria.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Robert Mercer is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: July 16, 2010

Richard L. Voorhees
United States District Judge