IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO.: 3:09CV465

| | |
|---|---|
| STANLEY MARVIN CAMPBELL, Trustee in Bankruptcy for ESA ENVIRONMENTAL SPECIALISTS, INC., <br>     Plaintiff, <br><br> v. <br><br> NATHAN M. BENDER, <br>     Defendant, <br><br> v. <br><br> PROSPECT CAPITAL CORPORATION and STANLEY MARVIN CAMPBELL, <br>     Counterclaim Defendants. | **O R D E R** |

**THIS CAUSE** having come before the Court upon motion of local counsel for Defendant Nathan M. Bender, for admission *pro hac vice* of Thomas S. Richey and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Richey satisfies the requisite *pro hac vice* admission criteria.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Thomas S. Richey is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: July 16, 2010

Richard L. Voorhees
United States District Judge