IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO.: 3:09CV465

| | |
|---|---|
| STANLEY MARVIN CAMPBELL, ) <br> Trustee in Bankruptcy for ESA ) <br> ENVIRONMENTAL SPECIALISTS, ) <br> INC., ) <br>   Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> NATHAN M. BENDER, ) <br>   Defendant, ) <br> ) <br>   v. ) <br> ) <br> PROSPECT CAPITAL CORPORATION ) <br> and STANLEY MARVIN CAMPBELL, ) <br>   Counterclaim Defendants. ) <br> _____) | **O R D E R** |

**THIS CAUSE** having come before the Court upon motion of local counsel for Defendant Nathan M. Bender, for admission *pro hac vice* of Ann Wrege Ferebee and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Ms. Ferebee satisfies the requisite *pro hac vice* admission criteria.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Ann Wrege Ferebee is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: July 16, 2010

Richard L. Voorhees
United States District Judge