IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO.: 3:09CV465

| | |
|---|---|
| STANLEY MARVIN CAMPBELL, )<br>Trustee in Bankruptcy for ESA )<br>ENVIRONMENTAL SPECIALISTS, )<br>INC., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NATHAN M. BENDER, )<br>      Defendant, )<br>)<br>v. )<br>)<br>PROSPECT CAPITAL CORPORATION )<br>and STANLEY MARVIN CAMPBELL, )<br>      Counterclaim Defendants. )<br>_____ ) | **O R D E R** |

**THIS CAUSE** having come before the Court upon motion of local counsel for Defendant Prospect Capital Corporation, for admission *pro hac vice* of Christopher P. Schueller and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Schueller satisfies the requisite *pro hac vice* admission criteria.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Christopher P. Schueller is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: March 11, 2011

Richard L. Voorhees
United States District Judge