IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, Individually and derivatively on behalf of ESA ENVIRONMENTAL SPECIALISTS, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:09-CV-00546 |
| v. | ) ) ) | |
| NATHAN M. BENDER, DAVID C. EPPLING, JACOB COLE, JOHN. M. MITCHELL, SHELTON SMITH, SANDRA DEE COLE, MICHAEL ANTHONY HABOWSKI, DENNIS M. MOLESEVICH, TRACEY HAWEY, ADKISSON, SHERBERT & ASSOCIATES, SMITH & COMPANY, INC. and SUNTRUST BANKS, Inc. | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the defendant, Sandra Dee Cole, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, before the time for answering expires, and moves for an Order extending the time within which it may serve answer or other response to the Amended Complaint in this action until and including November 28th, 2011.

In support of this Motion, the undersigned submits unto the court that the above-mentioned Amended Complaint was filed in The United States District Court for the Western District of North Carolina Charlotte Division; that the time for answering has not yet expired, and that said defendant needs additional time within which to prepare and serve the answer.

This the 28th day of October, 2011

LUTZEL, BROADWAY & ASSOCIATES, PC

BY: _____
Richard J. Lutzel, Esq. (NC Bar No.: 24872)
542 Williamson Road, Suite A
Mooresville, North Carolina 28117
Phone: 704-799-3570

*Attorney for Defendant Sandra Dee Cole*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on the Obligors herein by depositing copies thereof in the United States Mail, postage prepaid, addressed to the Obligors as follows:

Thomas S. Richey, Esquire
Ann Ferebee, Esquire
Bryan Cave, LLP
1201 West Peachtree Street, N.W.
Fourteenth Floor
Atlanta, GA 30309-3488

Samuel H. Poole, Jr., Esquire
Matthew K. Lilly, Esquire
Cranfill Sumner & Hartzog, LLP
2907 Providence Road
Suite 200
Charlotte, NC 28211

Heather C. White, Esquire
Smith Moore Leatherwood, LLP
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202

David Hunt Wilson, Esquire
William H. Major, III, Esquire
Hawkins & Parnell, LLP
4000 Sun Trust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

Richard P. Darke, Esquire
Justin Joseph D'Elia, Esquire
Duane Morris, LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60602-34333

Frederick K. Sharpless, Esquire
Sharpless & Stavola, PA
200 South Elm Street, Suite 400
Greensboro, NC 27401

R. Paul Childress, Jr., Esquire
Katrina Clark Forrest, Esquire
Durrette Crump, PLC
1111 E. Main Street, 16th Floor
Richmond, VA 23219

Barney Smith, III, Esquire
Bryan Cave, LLP
One Wachovia Center, Suite 3700
301 S. College Street
Charlotte, NC 28202

Margaret Behreinger Maloney, Esquire
Maloney Law and Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204

Dated this 28th day of October, 2011

                                        **LUTZEL BROADWAY & SSOCIATES, PC**
                                             *Attorneys for Defendant,*

BY:   Richard J. Lutzel, Esq. (NC Bar No.: 24872)
        542 Williamson Road, Suite A
        Mooresville, North Carolina  28117
        Phone: 704-799-3570