# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stanley Marvin Campbell,
Trustee in Bankruptcy for
ESA Environmental Specialists, Inc.,

      Plaintiffs,

vs.

Nathan M. Bender,

      Defendant,

vs.

Prospect Capital Corporation and
Stanley Marvin Campbell,

      Counterclaim Defendants.

---

Prospect Capital Corporation,
individually and derivatively on behalf of
ESA Environmental Specialists, Inc.,

      Plaintiff,

vs.

Nathan M. Bender, David C. Eppling,
Jacob Cole, John M. Mitchell, Shelton Smith,
Sandra Dee Cole, Michael Anthony Habowski,
Dennis M. Molesevich, Tracey Hawley,
Adkisson, Sherbert & Associates,
Houlihan Smith, and Suntrust Banks, Inc.,

      Defendants.

JUDGMENT IN A CIVIL CASE

3:09-cv-465-MOC

DECISION BY COURT. This action having come before the Court by Motion for Approval of Settlement between Plaintiff and Defendants Nathan M. Bender, David C. Eppling, Jacob C.

Cole, John M. Mitchell, Shelton Smith and Tracy Hawley and an Order Approving Settlement having been entered on November 28, 2011,

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as to Nathan M. Bender, David C. Eppling, Jacob C. Cole, John M. Mitchell, Shelton Smith and Tracey Hawley in accordance with the Court's November 28, 2011 Order.

Signed: November 28, 2011

Frank G. Johns, Clerk
United States District Court