IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-465-MOC-DCK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, ) <br> individually and derivatively on behalf of ) <br> ESA ENVIRONMENTAL SPECIALISTS, ) <br> INC., ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> NATHAN M. BENDER, DAVID C. EPPLING, ) <br> JACOB COLE, JOHN M. MITCHELL, ) <br> SHELTON SMITH, SANDRA DEE COLE, ) <br> MICHAEL ANTHONY HABOWSKI, ) <br> DENNIS M. MOLESEVICH, TRACEY ) <br> HAWLEY, ADKISSON, SHERBERT & ) <br> ASSOCIATES, HOULIHAN SMITH, ) <br> and SUNTRUST BANKS, INC., ) <br>   ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 92) filed by Douglas R. Ghidina on June 7, 2012, concerning Karl Huth. Mr. Huth seeks to appear as counsel *pro hac vice* for Counterclaim Defendant, Prospect Capital Corporation.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Huth is hereby admitted to appear before the Court *pro hac vice* on behalf of Counterclaim Defendant, Prospect Capital Corporation.

Signed: June 8, 2012

_____
David C. Keesler
United States Magistrate Judge

2