UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00465-MOC-DCK

| | | |
|---|---|---|
| **STANLEY MARVIN CAMPBELL,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **HOULIHAN SMITH & COMPANY, INC,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on further consideration of the joint status report and, in particular, counsel for defendant Sandra Dee Cole's role in that report. After entry of the previous Order, counsel for Ms. Cole reported to the court that his lack of response was not purposeful, but due to being away from the office to provide coverage for another attorney in another judicial district. Counsel has assured the court that he will be communicating with his colleagues in this matter and participating in efforts towards amicable resolution, as set forth in the earlier joint status report. Based on such representations, the court is satisfied that all parties are fully engaged in resolving this matter and that any misstep herein was the result of inadvertence.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the hearing to determine status for Ms. Cole and her counsel, previously set for Monday, April 14, 2014, at 9:00 a.m. is cancelled.

Signed: April 1, 2014

Max O. Cogburn Jr.