IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-465-MOC-DCK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATHAN M. BENDER et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 128) filed by G. Gray Wilson, concerning Adam M. Burton on June 16, 2014. Mr. Adam M. Burton seeks to appear as counsel *pro hac vice* for Plaintiff Prospect Capital Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 128) is **GRANTED.** Adam M. Burton is hereby admitted *pro hac vice* to represent Plaintiff Prospect Capital Corporation.

**SO ORDERED**.

Signed: June 16, 2014

David C. Keesler
United States Magistrate Judge