UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, Individually and derivatively on behalf of ESA ENVIRONMENTAL SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATHAN M BENDER, et. al., <br><br> Defendants | Civil Action No: 3:09-CV-00465 (Consolidated) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned attorneys hereby give notice of appearance in this action as counsel of record for Defendant, <u>Sandra Dee Cole</u>. PLEASE TAKE NOTICE that the undersigned counsel request that all notices, pleadings, and other papers filed and/or served in this case, be served on the undersigned attorneys at the address shown below:

Richard S. Wright
rwright@mwhattorneys.com
David R. DiMatteo
ddimatteo@mwhattorneys.com
Moon Wright & Houston, PLLC
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
Fax (704) 944-0380

Dated: Charlotte, North Carolina
July 11, 2014

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
David R. DiMatteo (Bar No. 35254)
227 West Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Attorneys for Sandra Dee Cole*

MWH: 10271.001; 00011014.1

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** were served by electronic notification on those parties registered with the United States District Court, Western District of North Carolina ECF system to receive notices for this case on the date shown below.

Dated: Charlotte, North Carolina
July 11, 2014

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
227 West Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Attorney for Sandra Dee Cole*

MWH: 10271.001; 00011014.1