UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, Individually and derivatively on behalf of ESA ENVIRONMENTAL SPECIALISTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN M. BENDER et. al.,<br><br>Defendants. | Civil Action No: 3:09-CV-00465<br>(Consolidated) |

**APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Richard S. Wright, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B, I am moving for the pro hac vice admission of the following attorney:

Nicholas Salter
Fox Rothschild LLP
Stone Manor Corporate Center
2700 Kelly Road, Suite 300
Warrington, PA 18976
(215) 918-3576
(215) 345-7507 – fax
NSalter@foxrothschild.com

This attorney will be representing Defendant Sandra Dee Cole.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.

- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.

- The proposed admittee is a member in good standing of the bars of the District Courts of Northern District of Georgia, Eastern District of Pennsylvania and the highest courts of Georgia and Pennsylvania.

MWH: 10271.001; 00011092.1

- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

- The proposed admittee has established or will upon his *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of North Carolina.

- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.

- The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.

Respectfully submitted,


    */s/ Richard S. Wright*
Richard S. Wright
Moon Wright & Houston, PLLC
227 West Trade Street, Suite 1800
Charlotte, NC  28202
(704) 944-6560
(704) 944-0380 – fax
rwright@mwhattorneys.com