IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-465-MOC-DCK

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SANDRA DEE COLE et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 132) filed by Richard S. Wright concerning Nicholas Salter on July 22, 2014. Mr. Nicholas Salter seeks to appear as counsel *pro hac vice* for Defendant Sandra Dee Cole. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 132) is **GRANTED.** Nicholas Salter is hereby admitted *pro hac vice* to represent Defendant Sandra Dee Cole.

**SO ORDERED**.

Signed: July 23, 2014

David C. Keesler
United States Magistrate Judge