UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, Individually and derivatively on behalf of ESA ENVIRONMENTAL SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATHAN M. BENDER et. al., <br><br> Defendants. | Civil Action No: 3:09-CV-00465 (Consolidated) |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SANDRA DEE COLE

The undersigned, as counsel for the Defendant Sandra Dee Cole, moves this Court for the entry of an order allowing co-counsel Nicholas Salter, of Fox Rothschild, LLP, to withdraw as counsel for Ms. Cole. This Court granted Mr. Salter, who regularly practices law in and around Warrington, Pennsylvania, admission to appear as counsel *pro hac vice* by an Order entered July 23, 2014. [Doc. 133]. Mr. Salter was engaged as counsel for the express purpose of attending depositions scheduled to take place in the State of Pennsylvania on behalf of the Defendant. All such depositions have now concluded. Defendant Sandra Dee Cole consents to this withdrawal and will continue to be represented in this proceeding by Richard S. Wright of Moon Wright & Houston, PLLC.

Respectfully submitted this the 8th day of August, 2014.

          **MOON WRIGHT & HOUSTON, PLLC**

          */s/ Richard S. Wright*
Richard S. Wright (NC Bar No. 24622)
227 West Trade Street, Suite 1800
Charlotte, NC 28202
(704) 944-6560 (Tel.)
(704) 944-0380 (Fax)
rwright@mwhattorneys.com
*Counsel for Defendant Sandra Dee Cole*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Withdraw as Counsel for Defendant Sandra Cole* has this date been served upon those parties registered with the United States District Court, Western District of North Carolina ECF system to receive notices for this case on the date shown below.

This 8th day of August, 2014.

                           **MOON WRIGHT & HOUSTON, PLLC**

                           */s/ Richard S. Wright*
                           Richard S. Wright (NC Bar No. 24622)
                           227 West Trade Street, Suite 1800
                           Charlotte, NC  28202
                           (704) 944-6560 (Tel.)
                           (704) 944-0380 (Fax)
                           rwright@mwhattorneys.com
                           *Counsel for Defendant Sandra Dee Cole*