UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00465-MOC-DCK

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ESA ENVIRONMENTAL SPECIALISTS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| NATHAN M. BENDER, et al., | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Sandra Dee Cole's and plaintiff Prospect Capital Corporations's Motion to Approve Settlement. Having considered defendant Sandra Dee Cole's and plaintiff Prospect Capital Corporations's motion and reviewed the settlement agreement, the court determines that such is a reasonable, fair, and counseled resolution of this matter and is in compliance with Rule 23.1, Federal Rules of Civil Procedure.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Sandra Dee Cole's and plaintiff Prospect Capital Corporations's Motion to Approve Settlement (#169) is **GRANTE**D, and the claims asserted against defendant Sandra Dee Cole are **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to terminate this action.

Signed: August 20, 2014

Max O. Cogburn Jr.
United States District Judge